## ALTMAN *v.* THE STATE.

CANDLER, J. There was no material error in any of the charges of which complaint was made. The evidence authorized the verdict, and it does not appear that the court below erred in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted December 15, 1902. — Decided January 8, 1903.

Accusation of assault and battery. Before Judge Carter. City court of Baxley. October 16, 1902.

*W. W. Bennett,* for plaintiff in error.
*N. J. Holton, solicitor,* contra.